H. R. KETCHAM, PETITIONER, *v.* COMMISSIONER OF INTERNAL
REVENUE, RESPONDENT.

Docket No. 14531.   Promulgated January 12, 1928.

*Claude Collard, C. P. A.,* for the petitioner.
*T. M. Mather, Esq.,* for the respondent.

OPINION.

MILLIKEN: Under the facts as admitted in answer filed by re-
spondent and as stipulated, we are of the opinion that the amount of
$1,000 distributed by petitioner in the year 1920 to his employees as
Christmas bonuses is a proper item of deduction as a business expense
for that year.   See *First National Bank of Rock Rapids* v. *Commis-
sioner,* 6 B. T. A. 816; *Appeal of Edwin C. Brandenburg, Executor,*
4 B. T. A. 108; and *Appeal of Washington Hotel Co.,* 4 B. T. A. 441.

*Judgment will be entered on 15 days' notice,
under Rule 50.*